**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JEREMY BAXTER-SMALLWOOD,
DENISE BAXTER-SMALLWOOD, GARY
BRAZOWSKI, TERENCE BARTON,
AGNES BARTON, ROBERT BATE,
JASON CALLEN, ELIZABETH CLARK,
ALLISON HAIRES, PAUL KURCHIK,
MADELINE KURCHIK, FRANK
LACITIGNOLA, SHAUN LOUGHRAN,
IMELDA LOUGHRAN, ROBERT
MORRIS, KEVIN PARKER, GRAHAM
PETTIPIERE, LORNA PETTIPIERE,
SIMON PITTIS, JULIA PITTIS, JIM
RUSTON, JUDITH RUSTON, PETER
SCAMMELL, RUPERT SMITH,
SAMANTHA SMITH and ALBINO
TARABOCCHIA,

       Plaintiffs,

v.                                                                                                           CASE NO. 6:11-cv-1829-Orl-36DAB

REMINGTON HOLDINGS, L.P.,
ASHFORD WQ HOTEL, LP,
WORLDQUEST RESORT
CONDOMINIUM ASSOCIATION, INC.,
ASHFORD HOSPITALITY TRUST, INC.,
WQ HOTEL MANAGEMENT LLC,
ASHFORD WQ LICENSEE, LLC and
ASHFORD WQ HOTEL GP, LLC,

       Defendants.
_____/

**ORDER**

       This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge David A. Baker on March 16, 2012 (Doc. 21). In the Report and Recommendation, Judge Baker recommends that the Plaintiffs' Amended Motion to Remand to State Court (Doc. 17) be

granted due to a lack of subject matter jurisdiction resulting from the absence of diversity and an insufficient amount in controversy. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that the Plaintiffs have a colorable claim against the WorldQuest Resort Condominium Association, Inc. ("Association"), a Florida corporation, for preliminary injunctive relief or for violation of Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA"). Therefore, the Association was properly joined, and the case was removed in contravention of 28 U.S.C. §1441(b)(2), which states that an action "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." Also, the Court agrees with the Magistrate Judge that the Defendants have failed to establish that the amount in controversy for each Plaintiff satisfies the jurisdictional minimum. 28 U.S.C. §1332. Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 21) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiffs' Amended Motion to Remand to State Court (Doc. 17) is **GRANTED**.

3. This case is **REMANDED** to the Circuit Court of the Ninth Judicial Circuit, in Orange County, Florida.

4. The Clerk is directed to transmit a certified copy of this Order to the Clerk of the Ninth Judicial Circuit, in and for Orange County, Florida. The Clerk is further directed to terminate all pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, on April 2, 2012.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
COUNSEL OF RECORD
U.S. MAGISTRATE JUDGE DAVID A. BAKER